■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BAKER, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered March 19, 2008. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.